## Attachment A:  Examples of False Claims

| Resident Initials | AHF Facility | Date Claim Submitted | Internal Claim Number (ICN) | Health Care Program | First Date of Service | Last Date of Service | Amount Paid |
|---|---|---|---|---|---|---|---|
| BB | Samaritan | 1/4/2018 | 2018004087068 | Medicaid | 12/28/2017 | 12/31/2017 | $803.40 |
| BB | Samaritan | 2/1/2018 | 2019032035203 | Medicaid | 1/1/2018 | 1/31/2018 | $2,051.44 |
| BB | Samaritan | 4/4/2018 | 2018095081277 | Medicaid | 3/1/2018 | 3/31/2018 | $2,051.44 |
| BB | Samaritan | 5/7/2018 | 2018127054410 | Medicaid | 4/1/2018 | 4/30/2018 | $1,857.10 |
| BB | Samaritan | 6/7/2018 | 2018158037971 | Medicaid | 5/1/2018 | 5/31/2018 | $4,966.54 |
| BB | Samaritan | 7/3/2018 | 2018184516297 | Medicaid | 6/1/2018 | 6/30/2018 | $4,772.20 |
| BB | Samaritan | 1/8/2019 | 2219008002842 | Medicaid | 7/1/2018 | 7/31/2018 | $5,124.02 |
| BB | Samaritan | 1/8/1029 | 2219008002849 | Medicaid | 8/1/2018 | 8/31/2018 | $5,124.02 |
| BB | Samaritan | 1/8/2019 | 2219008002859 | Medicaid | 9/1/2018 | 9/30/2018 | $4,924.60 |
| BF | W. Place | 2/10/2017 | 21704102122907OHA | Medicare | 1/23/2017 | 1/31/2017 | $3,727.07 |
| BF | W. Place | 3/4/2017 | 21707301930307OHA | Medicare | 02/01/2017 | 02/28/2017 | $8,854.75 |
| BF | W. Place | 4/19/2017 | 21710900033707OHA | Medicare | 03/01/2017 | 03/08/2017 | $2,023.27 |
| CC | W. Place | 11/20/2017 | 7017325760172 | Medicaid | 8/18/2017 | 8/31/2017 | $2,074.27 |
| CC | W. Place | 11/20/2017 | 7017325760172 | Medicaid | 8/18/2017 | 8/31/2017 | $565.71 |
| CC | W. Place | 11/13/2017 | 7017319063799 | Medicaid | 9/1/2017 | 9/4/2017 | $565.71 |
| CC | Cheltenham | 6/22/2018 | 2018173486725 | Medicaid | 12/1/2017 | 12/31/2017 | $4,708.78 |
| CC | Cheltenham | 6/22/2018 | 2018173486729 | Medicaid | 1/1/2018 | 1/31/2018 | $4,734.85 |
| CC | Cheltenham | 6/22/2018 | 2018173486735 | Medicaid | 2/1/2018 | 2/28/2018 | $4,214.80 |
| CC | Cheltenham | 6/22/2018 | 2018173486719 | Medicaid | 3/1/2018 | 3/31/2018 | $4,734.85 |
| CC | Cheltenham | 6/22/2018 | 2018173486732 | Medicaid | 4/1/2018 | 4/30/2018 | $4,251.25 |
| CC | Cheltenham | 8/26/2018 | 2718238373724 | Medicaid | 5/1/2018 | 5/31/2018 | $4,649.29 |
| CC | Cheltenham | 7/25/2018 | 2018206806141 | Medicaid | 6/1/2018 | 6/30/2018 | $4,478.70 |
| CC | Cheltenham | 8/7/2018 | 2018219719766 | Medicaid | 7/1/2018 | 7/31/2018 | $4,637.48 |
| CC | Cheltenham | 10/2/2018 | 2018275360117 | Medicaid | 8/1/2018 | 8/31/2018 | $4,753.45 |
| CC | Cheltenham | 10/18/2018 | 2018291469580 | Medicaid | 9/1/2018 | 9/30/2018 | $4,579.50 |
| CC | Cheltenham | 11/2/2018 | 2018306388305 | Medicaid | 10/1/2018 | 10/31/2018 | $4,841.49 |
| CC | Cheltenham | 12/20/2018 | 2018354445609 | Medicaid | 11/1/2018 | 11/30/2018 | $4,664.70 |
| CH | Cheltenham | 7/25/2018 | 2018206806141 | Medicaid | 6/1/2018 | 6/30/2018 | $5,117.70 |
| CH | Cheltenham | 8/7/2018 | 2018219719766 | Medicaid | 7/1/2018 | 7/31/2018 | $3,768.92 |
| CH | Cheltenham | 10/2/2018 | 2018275360117 | Medicaid | 8/1/2018 | 8/31/2018 | $5,392.45 |
| CH | Cheltenham | 10/18/2018 | 2018291469580 | Medicaid | 9/1/2018 | 9/30/2018 | $5,218.50 |
| CH | Cheltenham | 11/2/2018 | 2018306388305 | Medicaid | 10/1/2018 | 10/31/2018 | $5,480.49 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JD | Cheltenham | 12/19/2016 | 21635403517607PAA | Medicare | 11/4/2016 | 11/27/2016 | $14,354.37 |
| JD | Cheltenham | 2/20/2018 | 21805106347007PAA | Medicare | 1/17/2018 | 1/31/2018 | $8,931.80 |
| JD | Cheltenham | 3/15/2018 | 21807402307707PAA | Medicare | 2/1/2018 | 2/14/2018 | $6,901.73 |
| JD | Cheltenham | 3/1/2016 | 2016061302283 | Medicaid | 2/1/2016 | 2/29/2016 | $4,538.50 |
| JD | Cheltenham | 4/1/2016 | 2016092494321 | Medicaid | 3/1/2016 | 3/31/2016 | $4,923.50 |
| JD | Cheltenham | 5/2/2016 | 2016123657054 | Medicaid | 4/1/2016 | 4/30/2016 | $4,735.50 |
| JD | Cheltenham | 6/1/2016 | 2016153741499 | Medicaid | 5/1/2016 | 5/31/2016 | $4,928.15 |
| JD | Cheltenham | 7/1/2016 | 2016183973246 | Medicaid | 6/1/2016 | 6/30/2016 | $4,735.50 |
| JD | Cheltenham | 8/1/2016 | 2016214042411 | Medicaid | 7/1/2016 | 7/31/2016 | $4,809.11 |
| JD | Cheltenham | 9/1/2016 | 2016245105567 | Medicaid | 8/1/2016 | 8/31/2016 | $4,809.11 |
| JD | Cheltenham | 10/3/2016 | 2016277032060 | Medicaid | 9/1/2016 | 9/30/2016 | $4,620.30 |
| JD | Cheltenham | 11/1/2016 | 2016306945260 | Medicaid | 10/1/2016 | 10/31/2016 | $4,526.81 |
| JD | Cheltenham | 3/29/2017 | 2717088047240 | Medicaid | 11/1/2016 | 11/30/2016 | $438.15 |
| JD | Cheltenham | 1/5/2018 | 2018005511205 | Medicaid | 12/1/2017 | 12/31/2017 | $4,437.78 |
| JD | Cheltenham | 10/18/2018 | 2018291469615 | Medicaid | 6/1/2018 | 6/30/2018 | $4,048.70 |
| JD | Cheltenham | 11/2/2018 | 2018306388318 | Medicaid | 10/1/2018 | 10/31/2018 | $4,411.49 |
| JD | Cheltenham | 1/18/2019 | 2019018521406 | Medicaid | 12/1/2018 | 12/31/2018 | $4,411.49 |
| JM | Cheltenham | 2/6/2018 | 2018037581890 | Medicaid | 1/1/2018 | 1/31/2018 | $5,373.85 |
| JM | Cheltenham | 3/9/2018 | 2018068824051 | Medicaid | 2/1/2018 | 2/28/2018 | $4,853.80 |
| JM | Cheltenham | 4/11/2018 | 2018101346891 | Medicaid | 3/1/2018 | 3/31/2018 | $3,871.48 |
| JM | Cheltenham | 5/5/2018 | 2018125127329 | Medicaid | 4/1/2018 | 4/30/2018 | $5,117.70 |
| JM | Cheltenham | 6/13/2018 | 2018164782646 | Medicaid | 5/1/2018 | 5/31/2018 | $5,288.29 |
| JM | Cheltenham | 7/25/2018 | 2018206806498 | Medicaid | 6/1/2018 | 6/30/2018 | $1,023.54 |
| JW | Cheltenham | 10/22/2018 | 21829500003807PAA | Medicare | 9/5/2018 | 9/10/2018 | $1,749.74 |
| JW | Cheltenham | 2/6/2018 | 2018037582578 | Medicaid | 1/1/2018 | 1/31/2018 | $5,075.85 |
| JW | Cheltenham | 8/24/2018 | 2718236365029 | Medicaid | 2/1/2018 | 2/28/2018 | $4,476.80 |
| JW | Cheltenham | 8/26/2018 | 2718238375717 | Medicaid | 3/1/2018 | 3/31/2018 | $4,996.85 |
| JW | Cheltenham | 5/5/2018 | 2018125127419 | Medicaid | 4/1/2018 | 4/30/2018 | $4,625.97 |
| JW | Cheltenham | 10/2/2018 | 2018275360344 | Medicaid | 8/1/2018 | 8/31/2018 | $4,883.52 |
| LC | Cheltenham | 5/16/2017 | 3217136007057 | Medicaid | 2/16/2017 | 2/20/2017 | $880.00 |
| MC | Cheltenham | 1/5/2018 | 2018005511189 | Medicaid | 12/1/2017 | 12/31/2017 | $4,711.78 |
| MC | Cheltenham | 2/6/2018 | 2018037581601 | Medicaid | 1/1/2018 | 1/31/2018 | $4,665.85 |
| MC | Cheltenham | 3/9/2018 | 2018068823313 | Medicaid | 2/1/2018 | 2/28/2018 | $4,145.80 |
| MF | Samaritan | 5/17/2017 | 2017138003371 | Medicaid | 11/1/2016 | 11/30/2016 | $5,872.50 |
| MF | Samaritan | 5/17/2017 | 2017138003373 | Medicaid | 12/1/2016 | 12/31/2016 | $6,068.25 |
| MF | Samaritan | 5/17/2017 | 2017138003383 | Medicaid | 1/1/2017 | 1/31/2017 | $3,403.40 |
| MF | Samaritan | 5/17/2017 | 2017138003383 | Medicaid | 1/1/2017 | 1/31/2017 | $200.20 |
| MF | Samaritan | 5/17/2017 | 2017138003390 | Medicaid | 2/1/2017 | 2/28/2017 | $5,605.60 |
| RF | Cheltenham | 3/9/2018 | 2018068823379 | Medicaid | 2/1/2018 | 2/28/2018 | $4,853.80 |
| RF | Cheltenham | 4/11/2018 | 2018101346716 | Medicaid | 3/1/2018 | 3/31/2018 | $5,373.85 |
| RF | Cheltenham | 5/5/2018 | 2018125127213 | Medicaid | 4/1/2018 | 4/30/2018 | $5,117.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RF | Cheltenham | 6/13/2018 | 2018164782529 | Medicaid | 5/1/2018 | 5/31/2018 | $5,288.29 |
| RF | Cheltenham | 7/25/2018 | 2018206806271 | Medicaid | 6/1/2018 | 6/30/2018 | $5,117.70 |
| RF | Cheltenham | 1/22/2019 | 2719022778117 | Medicaid | 7/1/2018 | 7/31/2018 | $4,116.82 |
| RF | Cheltenham | 9/19/2018 | 2018262528493 | Medicaid | 8/1/2018 | 8/31/2018 | $5,392.45 |
| RF | Cheltenham | 10/18/2018 | 2018291469658 | Medicaid | 9/1/2018 | 9/30/2018 | $5,218.50 |
| RF | Cheltenham | 11/2/2018 | 2018306388345 | Medicaid | 10/1/2018 | 10/31/2018 | $5,480.49 |
| RF | Cheltenham | 12/20/2018 | 2018354445697 | Medicaid | 11/1/2018 | 11/30/2018 | $5,303.70 |
| RG | Cheltenham | 11/1/2016 | 2016306945299 | Medicaid | 10/1/2016 | 10/31/2016 | $5,195.25 |
| RG | Cheltenham | 9/11/2017 | 2017254095416 | Medicaid | 8/1/2017 | 8/31/2017 | $5,463.44 |
| RG | Cheltenham | 10/4/2017 | 2017277559765 | Medicaid | 9/1/2017 | 9/30/2016 | $5,287.20 |
| RG | Cheltenham | 11/2/2017 | 2017306434024 | Medicaid | 10/1/2017 | 10/31/2017 | $5,405.78 |
| RG | Cheltenham | 12/6/2017 | 2017340556731 | Medicaid | 11/1/2017 | 11/30/2017 | $5,231.40 |
| RG | Cheltenham | 1/5/2018 | 2018005511247 | Medicaid | 12/1/2017 | 12/31/2017 | $5,405.78 |
| RG | Cheltenham | 2/6/2018 | 2018037581718 | Medicaid | 1/1/2018 | 1/31/2018 | $5,373.85 |
| RG | Cheltenham | 3/9/2018 | 2018068823404 | Medicaid | 2/1/2018 | 2/28/2018 | $4,853.80 |
| RG | Cheltenham | 4/11/2018 | 2018101346740 | Medicaid | 3/1/2018 | 3/31/2018 | $5,373.85 |
| RG | Cheltenham | 5/5/2018 | 2018125127234 | Medicaid | 4/1/2018 | 4/30/2018 | $5,117.70 |
| RG | Cheltenham | 6/13/2018 | 2018164782545 | Medicaid | 5/1/2018 | 5/31/2018 | $5,288.29 |
| RG | Cheltenham | 7/25/2018 | 2018206806304 | Medicaid | 6/1/2018 | 6/30/2018 | $5,117.70 |
| RG | Cheltenham | 8/7/2018 | 2018219719819 | Medicaid | 7/1/2018 | 7/31/2018 | $4,464.72 |
| RG | Cheltenham | 9/19/2018 | 2018262528500 | Medicaid | 8/1/2018 | 8/31/2018 | $5,392.45 |
| RG | Cheltenham | 10/18/2018 | 2018291469684 | Medicaid | 9/1/2018 | 9/30/2018 | $5,218.50 |
| RG | Cheltenham | 11/2/2018 | 2018306388359 | Medicaid | 10/1/2018 | 10/31/2018 | $5,480.49 |
| RG | Cheltenham | 12/20/2018 | 2018354445724 | Medicaid | 11/1/2018 | 11/30/2018 | $5,303.70 |
| WJ | Cheltenham | 9/14/2018 | 21827503242207PAA | Medicare | 8/10/2018 | 8/26/2018 | $8,503.70 |
| WJ | Cheltenham | 9/14/2018 | 21827503242607PAA | Medicare | 8/30/2018 | 8/31/2018 | $425.79 |
| WJ | Cheltenham | 10/22/2018 | 21829500006607PAA | Medicare | 9/1/2018 | 9/3/2018 | $97.49 |
| WJ | Cheltenham | 10/22/2018 | 21829500002007PAA | Medicare | 9/4/2018 | 9/19/2018 | $7,099.02 |
| WJ | Cheltenham | 10/22/2018 | 21829500004007PAA | Medicare | 9/24/2018 | 9/30/2018 | $3,360.99 |
| WJ | Cheltenham | 1/21/2019 | 2719021750832 | Medicaid | 7/1/2018 | 7/31/2018 | $5,392.45 |
| WJ | Cheltenham | 1/21/2019 | 2719021751021 | Medicaid | 8/1/2018 | 8/31/2018 | $1,449.58 |
| WJ | Cheltenham | 1/21/2019 | 2719021750442 | Medicaid | 9/1/2018 | 9/30/2018 | $347.58 |