IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| AMERICAN HEALTH FOUNDATION INC., AHF MANAGEMENT CORPORATION, AHF MONTGOMERY INC. d/b/a CHELTENHAM NURSING AND REHABILITATION CENTER, and AHF OHIO INC. d/b/a THE SANCTUARY AT WILMINGTON PLACE d/b/a SAMARITAN CARE CENTER AND VILLA | : | NO. 22-02344 |

**O R D E R**

**AND NOW**, this   31   day of   March  , 2023, upon consideration Defendants' Motion to Dismiss First Amended Complaint (ECF No. 19), the Government's response in opposition thereto (ECF No. 23), and Defendants' reply to the Government's response (ECF No. 26), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**