UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HEALTH FOUNDATION, ) <br> INC.; AHF MANAGEMENT ) <br> CORPORATION; ) <br> AHF MONTGOMERY, INC. d/b/a/ ) <br> CHELTENHAM NURSING AND ) <br> REHABILITATION CENTER; and ) <br> AHF OHIO, INC. d/b/a THE ) <br> SANCTUARY AT WILMINGTON ) <br> PLACE and d/b/a SAMARITAN CARE ) <br> CENTER AND VILLA, ) <br> ) <br> Defendants. ) | Case No: 2:22-cv-02344-RBS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, the United States of America ("United States"), and Defendants American Health Foundation, Inc.; AHF Management Corporation; AHF Montgomery, Inc. d/b/a Cheltenham Nursing and Rehabilitation Center; and AHF Ohio, Inc. d/b/a The Sanctuary at Wilmington Place and d/b/a Samaritan Care Center and Villa (together, the "Parties") entered into a settlement agreement in the above-captioned action dated June 2, 2025.

IT IS HEREBY STIPULATED AND JOINTLY AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the United States and Defendants, as represented by their undersigned counsel, that the action be dismissed in its entirety with prejudice, including claims by any party for an award by this Court of costs or attorney's fees. Each party shall bear its own costs and attorney's fees in connection with the action.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

*/s/Benjamin Young*
JAMIE A. YAVELBERG
ANDY J. MAO
SUSAN C. LYNCH
BENJAMIN YOUNG
U.S. Department of Justice, Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 616-0291
benjamin.s.young@usdoj.gov

*Attorneys for the United States*

Dated: June 17, 2025

*/s/ Alex Greenberg*
Alex Greenberg (Pa. Attorney No. 329401)
DINSMORE & SHOHL LLP
850 Cassatt Road, Suite 110
Berwyn, PA 19312
(610) 408-6076
alex.greenberg@dinsmore.com

Michael Ferrara (*pro hac vice*)
Patrick Hagan (*pro hac vice*)
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
(614) 628-6975
michael.ferrara@dinsmore.com
patrick.hagan@dinsmore.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2025, I electronically filed the foregoing instrument with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ Benjamin Young*
                                                  Benjamin Young
                                                  Attorney for the United States