IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 22-2344 |
| AMERICAN HEALTH FOUNDATION, INC., et al | : |
| | : |

**O R D E R**

**AND NOW**, this 23rd day of June 2025, upon consideration of the Parties' Stipulation of Dismissal with Prejudice (ECF No. 57), it is **ORDERED** that the Stipulation is **APPROVED**.[1]

**IT IS FURTHER ORDERED** that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the United States and Defendants, as represented by their undersigned counsel, that the action be dismissed in its entirety with prejudice, including claims by any party for an award by this Court of costs or attorney's fees. Each party shall bear its own costs and attorney's fees in connection with the action.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] On June 18, 2025, Plaintiff informed the Court that the parties entered into a settlement agreement (*see* ECF No. 57).